# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ISIAH, | Case No. 1:18-cv-01726-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 2) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

Plaintiff Joanna Isiah filed a complaint on December 21, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **December 26, 2018**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE