JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joanna   Isiah,<br><br>             Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL, [1]<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 1:18-CV-01726-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 13) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 12, 2019 to September 11, 2019 for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 26, 2019         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: _____         MCGREGOR W. SCOTT
                     United States Attorney
                     DEBORAH LEE STACHEL
                     Regional Chief Counsel, Region IX
                     Social Security Administration

By:  *\*/s/ Asim Modi*
     Asim Modi
     Special Assistant United States Attorney
     Attorneys for Defendant
     (\*As authorized by email on _____)

**ORDER**

Based upon the parties' above Stipulation (Doc. 13) and a finding of good cause, IT IS ORDERED that Plaintiff shall be granted an extension of thirty (30) days to serve and file her Opening Brief, on or before September 11, 2019. All corresponding briefing deadlines set forth in the Scheduling Order (Doc. 5) are hereby modified accordingly.

IT IS SO ORDERED.

Dated:  **July 30, 2019**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE